# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 28, 2010**

| | | |
|---|---|---|
| 28839 | Redemption Bible College v. International Pentecostal Holiness Church | Affirmed |

**April 29, 2010**

| | | |
|---|---|---|
| 29832 | Hopkins v. State | Affirmed |
| 29816 | Hopkins v. State | Affirmed in Part and Vacated in Part; Remanded |
| 28471 | State v. Johnson | Vacated, Affirmed and Remanded |

**May 4, 2010**

| | | |
|---|---|---|
| 30091 | M Children, In re | Affirmed |

**May 10, 2010**

| | | |
|---|---|---|
| 30001 | State v. Moore | Affirmed |

**May 11, 2010**

| | | |
|---|---|---|
| 28411 | State v. Moxley | Vacated and Remanded |

**May 13, 2010**

| | | |
|---|---|---|
| 29915 | State v. Elliot | Vacated and Remanded |
| 29891 | State v. McKellar | Reversed |
| 29439 | State v. Salis | Vacated and Remanded |

**May 17, 2010**

| | | |
|---|---|---|
| 29884 | State v. Hanna | Vacated and Remanded |

**May 18, 2010**

| | | |
|---|---|---|
| 29982 | State v. Bonds | Reversed |